IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JACOB D. HAWKINS,
    Plaintiff,

vs.                                           Case No. 3:14cv687/LAC/EMT

NURSE SHARP,
    Defendant.
_____/

### O R D E R

    This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated November 3, 2015 (ECF No. 61).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

    Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    Defendant Sharp's Motion to Dismiss (ECF No. 43) is **GRANTED**;

    3.    Plaintiff's Fourteenth Amendment claim is **DISMISSED with prejudice** for failure to state a claim on which relief may be granted, pursuant to 28 U.S.C. § 1915(e)(2)(b)(ii);

    4.    Any state law claims are **DISMISSED without prejudice** to Plaintiff's pursuing them in state court;

    5.    Plaintiff's Motion for Leave to File an Amended Complaint (ECF No. 44) is **DENIED as futile**, and the proposed third amended complaint (ECF No. 45) **will NOT TAKE EFFECT**; and

6.      The clerk is directed to enter judgment accordingly and close the file.

**DONE AND ORDERED** this 4th day of December, 2015.


                                        s/*L.A. Collier*                              
                                        **LACEY A. COLLIER**
                                        **SENIOR UNITED STATES DISTRICT JUDGE**